UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NSF INTERNATIONAL, a Michigan Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DUSO CHEMICAL CO., INC., a New York Corporation,<br><br>Defendant. | Case No.: 07-CV-4103<br><br>Hon. Deborah A. Batts<br>Hon. Frank Maas<br><br>DECLARATION OF SERVICE |

WILLIAM D. BUCKLEY, an attorney admitted to the practice of law before this Court, pursuant to 28 U.S.C. § 1746, declares the truth of the following:

1. I am associated with Garbarini & Scher, P.C., which with Howard & Howard Attorneys, P.C., is counsel for plaintiff NSF International, a Michigan corporation.

2. On Friday, May 25, 2007, between the approximate hours of 5:20 P.M. and 6:45 P.M., and in compliance with the order of this Court (Hon. Loretta A. Preska), dated May 25, 2007, at 4:22 P.M., I served copies of the following documents on defendant Duso Chemical Co., Inc. via fax transmission (845-454-0188):

a -- the Summons and plaintiff's Rule 7.1 Statement;

b -- the Verified Complaint;

c -- Plaintiff's Motion for *Ex Parte* Restraining Order and Order to Show Cause;

d -- Plaintiff's Memorandum of Law supporting its motion;

e -- Temporary Restraining Order and Order to Show Cause as to Why a Preliminary Injunction Should Not Issue, signed by Judge Preska on May 25, 2007, at 4:22 P.M.;

      f -- Individual Practices of Judge Deborah A. Batts; and

      g -- Individual Practices of Judge Maas.

      3. I attach copies of the confirmation sheets generated by the fax machine at Garbarini & Scher, P.C. at the time of service.

      4. I declare under penalty of perjury that the foregoing is true and correct. Executed on May 29, 2007, at New York, New York.

Dated: New York, New York
       May 29, 2007

                                      */s/ William D. Buckley*
                                      William D. Buckley

F:\cases\16688\declaration of service.wpd

```
********************
***  TX REPORT   ***
********************

TRANSMISSION OK

TX/RX NO              3250
RECIPIENT ADDRESS     18454540188
DESTINATION ID
ST. TIME              05/25 17:27
TIME USE              01'33
PAGES SENT            4
RESULT                OK
```

# COVER SHEET    FAX

| | |
|---|---|
| **To:** | Duso Chemical Co., Inc.; Howard & Howard Attorneys, P.C. attn. Christopher Royce, Esq. |
| **From:** | William D. Buckley |
| **Fax No.** | 845-454-0188 for Duso Chemical Co., Inc.; 248-645-1568 for Mr. Royce |
| **Subject:** | NSF International v. Duso Chemical Co., Inc. (Southern District of New York 07-cv-4103) |
| **Date:** | May 25, 2007 |
| **Pages:** | 4, including this cover page |

**COMMENTS:**

I attach a copy of the Summons in the above action and the Rule 7.1 Statement for plaintiff.

```
********************
***  TX REPORT   ***
********************

TRANSMISSION OK

TX/RX NO              3251
RECIPIENT ADDRESS     18454540188
DESTINATION ID
ST. TIME              05/25 17:40
TIME USE              12'03
PAGES SENT            35
RESULT                OK
```

# COVER SHEET    FAX

| | |
|---|---|
| **To:** | Duso Chemical Co., Inc.; Howard & Howard Attorneys, P.C. attn. Christopher Royce, Esq. |
| **From:** | William D. Buckley |
| **Fax No.** | 845-454-0188 for Duso Chemical Co., Inc.; 248-645-1568 for Mr. Royce |
| **Subject:** | NSF International v. Duso Chemical Co., Inc. (Southern District of New York 07-cv-4103) |
| **Date:** | May 25, 2007 |
| **Pages:** | 35, including this cover page |

**COMMENTS:**

I attach a copy of the Verified Complaint in the above action.

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                3252
RECIPIENT ADDRESS       18454540188
DESTINATION ID
ST. TIME                05/25 17:54
TIME USE                06'12
PAGES SENT              19
RESULT                  OK
```

# COVER FAX SHEET

| | |
|---|---|
| **To:** | Duso Chemical Co., Inc.; Howard & Howard Attorneys, P.C. attn. Christopher Royce, Esq. |
| **From:** | William D. Buckley |
| **Fax No.** | 845-454-0188 for Duso Chemical Co., Inc.; 248-645-1568 for Mr. Royce |
| **Subject:** | NSF International v. Duso Chemical Co., Inc. (Southern District of New York 07-cv-4103) |
| **Date:** | May 25, 2007 |
| **Pages:** | 19, including this cover page |

**COMMENTS:**

I attach a copy of plaintiff's motion for *ex parte* temporary restraining order and order to show cause as to why a preliminary injunction should not issue with a memorandum of law.

```
                    *********************
                    ***   TX REPORT    ***
                    *********************

        TRANSMISSION OK

        TX/RX NO                3249
        RECIPIENT ADDRESS       18454540188
        DESTINATION ID
        ST. TIME                05/25 17:20
        TIME USE                01'55
        PAGES SENT              5
        RESULT                  OK
```

# COVER FAX SHEET

| | |
|---|---|
| **To:** | Duso Chemical Co., Inc.; Howard & Howard Attorneys, P.C. attn. Christopher Royce, Esq. |
| **From:** | William D. Buckley |
| **Fax No.** | 845-454-0188 for Duso Chemical Co., Inc.; 248-645-1568 |
| **Subject:** | NSF International v. Duso Chemical Co., Inc. (Southern District of New York 07-cv-4103) |
| **Date:** | May 25, 2007 |
| **Pages:** | 5, including this cover page |

**COMMENTS:**

I attach a copy of the Temporary Restraining Order signed today by Judge Preska and entered by the clerk of the United States District Court for the Southern District of New York.

```
                    ********************
                    ***   TX REPORT   ***
                    ********************

TRANSMISSION OK

TX/RX NO                  3254
RECIPIENT ADDRESS         18454540188
DESTINATION ID
ST. TIME                  05/25 18:06
TIME USE                  10'07
PAGES SENT                33
RESULT                    OK
```

# COVER FAX
# SHEET

| | |
|---|---|
| **To:** | Duso Chemical Co., Inc.; Howard & Howard Attorneys, P.C. attn. Christopher Royce, Esq. |
| **From:** | William D. Buckley |
| **Fax No.** | 845-454-0188 for Duso Chemical Co., Inc.; 248-645-1568 for Mr. Royce |
| **Subject:** | NSF International v. Duso Chemical Co., Inc. (Southern District of New York 07-cv-4103) |
| **Date:** | May 25, 2007 |
| **Pages:** | 32, including this cover page |

**COMMENTS:**

I attach a copy of the Individual Practices of Judge Deborah A. Batts, who is assigned to the above action.

```
                    ********************
                    ***   TX REPORT   ***
                    ********************

    TRANSMISSION OK

    TX/RX NO                3253
    RECIPIENT ADDRESS       18454540188
    DESTINATION ID
    ST. TIME                05/25 18:02
    TIME USE                02'26
    PAGES SENT              7
    RESULT                  OK
```

# COVER SHEET

# FAX

| | |
|---|---|
| **To:** | Duso Chemical Co., Inc.; Howard & Howard Attorneys, P.C. attn. Christopher Royce, Esq. |
| **From:** | William D. Buckley |
| **Fax No.** | 845-454-0188 for Duso Chemical Co., Inc.; 248-645-1568 for Mr. Royce |
| **Subject:** | NSF International v. Duso Chemical Co., Inc. (Southern District of New York 07-cv-4103) |
| **Date:** | May 25, 2007 |
| **Pages:** | 7, including this cover page |

## COMMENTS:

I attach a copy of the Individual Practices of Magistrate Judge Maas, who is assigned to the above action.