AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

NSF INTERNATIONAL, a Michigan Corporation,
                Plaintiff,

-against-
DUSO CHEMICAL CO., INC., a New York Corporation,
                Defendant.

**APPEARANCE**

Case Number: 07 CV 4103 (DAB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Duso Chemical Co., Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/31/2007 | *(signature)* |
| Date | Signature |
| | Susan H. Sarch      SHS-4319 |
| | Print Name      Bar Number |
| | 81 Main Street, Suite 415 |
| | Address |
| | White Plains    New York    10601 |
| | City    State    Zip Code |
| | (914) 682-7800    (914) 683-5490 |
| | Phone Number    Fax Number |