May 31 2007 3:28PM                                          (845) 454-0188                    p.2

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 31, 2007
```

UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF NEW YORK

RECEIVED MAY 3 1 2007

CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

NSF INTERNATIONAL,
a Michigan Corporation,

      Plaintiff,

v.                                                          Case No. 07-cv-4103

DUSO CHEMICAL CO., INC.,                                    Hon. Judge Batts
a New York Corporation,

      Defendant.

_____/

## PERMANENT INJUNCTION

On Friday, May 25, 2007, the Court granted a temporary restraining order and order to

show cause as to why a preliminary injunction should not issue based on evidence that Defendant,

Duso Chemical Co., Inc. ("Duso") was marketing, advertising, offering for sale and/or selling

goods bearing counterfeit reproductions of Plaintiffs' federally registered certification marks, as

set forth in Plaintiffs' Verified Complaint, specifically U.S. Registration Nos. 1139117, 1884384

and 2018630 (the "NSF MARKS"). Duso now admits that it willfully infringed NSF MARKS,

and now consents to entry of this Permanent Injunction.

The Court being otherwise fully advised in the premises; **IT IS HEREBY ORDERED**:

1.      Defendant, Duso Chemical Co., Inc., its officers, agents, servants, employees, and

attorneys, and those persons in active concert or participation therewith, are enjoined and

restrained from:

(a)      Utilizing any advertising or promotional material referencing any NSF MARK in

connection with its business or operations;

#271917-v1

(b)     Utilizing any NSF MARK in connection with the offering or sale of chemicals except as may be expressly authorized by NSF International;

(c)     Utilizing any designation which is confusingly similar to any NSF MARK or that is likely to create the impression that Defendant's business or services are associated with NSF International or are endorsed, authorized, sponsored or certified by NSF International;

(d)     Advertising or representing, directly or indirectly, that Defendant has the right to utilize any NSF MARK;

(e)     Engaging in unfair competition by infringing or misappropriating an NSF MARK, and;

(f)     Destroying any evidence of the infringement of any NSF MARK, unfair competition with NSF International, or the profits or other benefits resulting from such conduct.

2.     Other issues in dispute, including damages and awarding of attorneys' fees and costs, shall be resolved at a later date in accordance with the applicable rules of this Court.

IT IS SO ORDERED.

Dated May **31**, 2007

_Deborah A. Botts_
_____
UNITED STATES DISTRICT JUDGE

**STIPULATIONS OF THE PARTIES APPEAR ON THE FOLLOWING PAGE**

APPROVED AS TO FORM AND CONTENT:

FOR PLAINTIFF NSF INTERNATIONAL,

By One of its Attorneys


WILLIAM D. BUCKLEY
GARBARINI & SCHER, P.C.
Attorneys for Plaintiff
432 Park Ave. South
New York, NY 10016-7790
Telephone: (212) 689-1113

OF COUNSEL:
PATRICK M. McCARTHY (MI Bar #P49100)
HOWARD & HOWARD ATTORNEYS, P.C.
101 N. Main Street, Ste. 300
Ann Arbor, MI 48104
Telephone: (734) 222-1483


FOR DEFENDANT DUSO CHEMICAL COMPANY, INC.

By One of its Attorneys          and          Its President


SUSAN H. SARCH (SS-4319)                 DAVID L. LANDESMAN, PRESIDENT
ZARIN & STEINMETZ                        DUSO CHEMICAL COMPANY, INC.
81 Main Street                           173 Smith St, PO BOX 665 26 Van Kleeck Dr.
White Plains, New York 10601             Poughkeepsie, NY 12602-0665 12601
Telephone (914) 682-7800                 Telephone (800) 662-3876


3