IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF NEW YORK

NSF INTERNATIONAL,
a Michigan corporation,

    Plaintiff,

v.

Case No.: 07-cv-4103
Hon. Deborah A. Batts

DUSO CHEMICAL CO., INC.
a New York Corporation,

    Defendant.

_____/

### STIPULATED ORDER OF DISMISSAL

Pursuant to a Settlement Agreement, wherein this Court retains jurisdiction for enforcement of the Settlement Agreement and its Permanent Injunction issued on May 31, 2007, and upon stipulation of the parties, and the Court otherwise being fully advised in the premises,

IT IS HEREBY ORDERED that all claims (aside from the Permanent Injunction that shall survive the entry of this Order and remain in full force and effect) are dismissed without prejudice and without costs or attorneys' fees to either party.

Dated: _____

          _____
          HONORABLE DEBORAH A. BATTS
          UNITED STATES DISTRCT COURT JUDGE

#272394-v1

STIPULATED AND AGREED TO:

Dated: June 4, 2007      By:   s/William D. Buckley (WB-2282)
                               WILLIAM D. BUCKLEY
                               GARBANI & SCHER, P.C.
                               Attorneys for Plaintiff
                               432 Park Avenue South
                               New York, NY 10016-7790
                               (212) 689-1113

                               OF COUNSEL:
                               PATRICK M. MCCARTHY (P49100)
                               HOWARD & HOWARD ATTORNEYS, P.C.
                               101 N. Main, Suite 300
                               Ann Arbor, MI 48104-1475
                               (734) 222-1097

Dated: June 4, 2007      By:   s/Susan H. Sarch (SS-4319)
                               SUSAN H. SARCH
                               ZARIN & STEINMETZ
                               81 Main Street
                               White Plains, NY 10601
                               (914) 682-7800