IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF NEW YORK

NSF INTERNATIONAL,
a Michigan corporation,

    Plaintiff,

v.

    Case No.: 07-cv-4103
    Hon. Deborah A. Batts

DUSO CHEMICAL CO., INC.
a New York Corporation,

    Defendant.

_____/

## STIPULATED ORDER OF DISMISSAL

Pursuant to a Settlement Agreement, wherein this Court retains jurisdiction for enforcement of the Settlement Agreement and its Permanent Injunction issued on May 31, 2007, and upon stipulation of the parties, and the Court otherwise being fully advised in the premises,

IT IS HEREBY ORDERED that all claims (aside from the Permanent Injunction that shall survive the entry of this Order and remain in full force and effect) are dismissed without prejudice and without costs or attorneys' fees to either party.

Dated: 2/25/2008

*Deborah A. Batts*
HONORABLE DEBORAH A. BATTS
UNITED STATES DISTRCT COURT JUDGE

#272394-v1

STIPULATED AND AGREED TO:

Dated: June 4, 2007          By: _s/William D. Buckley_ *(WB-2282)*
                                  WILLIAM D. BUCKLEY
                                  GARBANI & SCHER, P.C.
                                  Attorneys for Plaintiff
                                  432 Park Avenue South
                                  New York, NY 10016-7790
                                  (212) 689-1113

                                  OF COUNSEL:
                                  PATRICK M. MCCARTHY (P49100)
                                  HOWARD & HOWARD ATTORNEYS, P.C.
                                  101 N. Main, Suite 300
                                  Ann Arbor, MI 48104-1475
                                  (734) 222-1097

Dated: June 4, 2007          By: _s/Susan H. Sarch_
                                  SUSAN H. SARCH (SS-4319)
                                  ZARIN & STEINMETZ
                                  81 Main Street
                                  White Plains, NY 10601
                                  (914) 682-7800